**Potter Palmer et al. v. Union Elevated R. R. Co.**

**Erskine M. Phelps et al. v. Union Elevated R. R. Co.**

**Columbus R. Cummings et al. v. Union Elevated R. R. Co.**

1.  MEMORANDUM.—See Phelps v. Lake Street Elevated R. R. Co., 60 Ill. App. 471.

**Bill for Injunction.**—Appeals from an order of the Circuit Court of Cook County; the Hon. OLIVER H. HORTON, Judge, presiding. Heard in this court at the March term, 1896. Affirmed. Opinion filed March 31, 1896.

GREEN, ROBBINS & HONORE, attorneys for appellants.

WILSON, MOORE & MCILVANE, attorneys for appellee.

MR. PRESIDING JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

The question in these cases was fully considered at the last term, upon appeals from interlocutory orders granting injunctions. For the reasons there assigned, the present decrees dismissing the bills are affirmed. Phelps v. Lake Street Elevated R. R. Co. is the head title under which five cases are reported, 60 Ill. App. 471.